UNITED STATES COURT OF APPEAL
FOR THE
SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 15th day of June, two thousand and seventeen,

Rapoport-Hecht, Appellee

v.

Seventh Generation, Inc.

STIPULATION

Docket Number: 17-1592

The undersigned counsel for the parties stipulate that the above-captioned case is withdrawn with prejudice without costs and without attorneys' fees pursuant to FRAP 42(b).

Date: June 15, 2017

Appellant

Patrick Sweeney (pro se)
Print Name

Date: June 15, 2017

Attorney for Appellee

Michael R. Reese
Print Name and Firm

Date: June 15, 2017

Attorney for Seventh Generation, Inc.

Francis J. Earley
Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C.
Print Name and Firm